IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:   *
**Selinda Ann Thomas,**   *   Case No. **17-01058 JCO**
  *
Debtor.   *   Chapter 13

## SUMMARY OF AMENDMENT TO CHAPTER 13 PLAN

COMES NOW the Debtor in this proceeding and hereby amends the Chapter 13 plan as follows:

1. Under paragraphs (2), (3) and (5) removes payment to Ashley Furniture. The creditor filed an unsecured claim.

Dated: 08/25/17     /S/   Lacy S. Robertson
Lacy S, Robertson
Padgett & Robertson
Attorneys at Law
4317 Downtowner Loop North
Mobile, AL 36609
(251) 342-0264

## CERTIFICATE OF SERVICE

I do hereby certify that on this the   25th   day of   August, 2017, I have served a copy of the foregoing pleading by either electronic service or via United States Mail properly addressed and postage prepaid to the following parties:

Daniel B. O'Brien (via Electronic Service)
Chapter 13 Trustee

Quantum3 Group, LLC
as agent for MOMA Funding, LLC
PO Box 788
Kirkland, WA 98083-0788

           /s/   Lacy S. Robertson
Lacy S. Robertson