# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:

**Selinda Ann Thomas,**     Case No. **17-01058 JCO**

Debtor.     Chapter 13

## MOTION TO APPROVE SETTLEMENT

COMES NOW the Debtor in the above referenced case, appearing by and through the undersigned attorney, and respectfully represents as follows:

1. Debtor filed this Chapter 13 case on March 22, 2017.

2. Debtor's vehicle, a 2015 Honda Civic financed with American Honda Finance Corp. is totaled. The vehicle was awarded to Debtor in her divorce and has been paid direct and outside the plan by her ex-spouse. Debtor has maintained the insurance on the vehicle and it is her only means of transportation.

3. State Farm Insurance will settle the loss for $12,489.77 after the deductible. The payoff on the vehicle is approximately $1,606.69.

4. Debtor moves the court to approve the settlement and order that State Farm Insurance remit proceeds directly to American Honda Finance in the amount necessary to satisfy the contractual balance and that the remaining proceeds be issued to the Debtor for the sole purpose of purchasing a replacement vehicle.

WHEREFORE, Debtor moves this Honorable Court to approve the proposed settlement.

Dated: 02/20/2021     /s/ <u>Lacy S. Robertson</u>
Lacy S. Robertson
PADGETT & ROBERTSON
Attorneys at Law
4317 Downtowner Loop, North
Mobile, AL 36609
(251) 342-0264

# CERTIFICATE OF SERVICE

      I do hereby certify that on this the ___20th___ day of ___February___, 2021, I have served a copy of the foregoing pleading via electronic service or by mailing same by United States Mail properly addressed and postage prepaid as follows:

Daniel B. O'Brien (via Electronic Service)
Chapter 13 Trustee

American Honda Finance Corp
P.O. Box 168088
Irving, TX 75016

Selinda Ann Thomas
111 Jordan Street
Evergreen, AL 36401

                                                      /s/   Lacy S. Robertson
                                                            Lacy S. Robertson